USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/26/2020

MEMO ENDORSED

# Law Office of
# GUY OKSENHENDLER
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

January 15, 2020

VIA ECF

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Barry Williams, et al.*
           19 Cr 846 (ALC)
           Letter Request for Appointment of Discovery Coordinator Emma Greenwood

Dear Judge Carter:

    Reference is made to the status conference before Your Honor on January 8, 2020 in the above-entitled case where defense counsel made the request for the appointment of a discovery coordinator. On January 15, 2020 counsel sent a letter to the Court requesting that Emma Greenwood be appointed as discovery coordinator. Counsel submits this letter again requesting that Your Honor appoint Emma Greenwood, Esq. as discovery coordinator in the instant case. She has been approved by the Federal Defenders office to take such an appointment. Counsel has spoken to defense counsel regarding this request prior to submitting this letter to Your Honor, and all defense counsel join in making this request. Counsel has spoken to Ms. Greenwood regarding this request for appointment and she contacted the Federal Defenders office to begin the process of this appointment on January 16, 2020.

    Should Your Honor have any questions regarding this or any other matter, please do not hesitate to contact counsel immediately.

                                        Respectfully submitted,

                                        /s/ *Guy Oksenhendler*

                                        Guy Oksenhendler

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
2/26/2020