UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

VAN WHITMORE, *et al.*

Defendants.

19 Cr. 846 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for December 6, 2021, is hereby ADJOURNED

to January 13, 2022 at 12:00 p.m.  It is further ORDERED that time is

excluded under the Speedy Trial Act between December 3, 2021, and January

13, 2022.  The Court finds that the ends of justice served by excluding such

time outweigh the interests of the public and the defendant in a speedy trial

because it will permit the parties to consider a pre-trial disposition.

SO ORDERED.

Dated:   December 3, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge