UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 19 Cr. 846 (KPF) |
| VAN WHITMORE, *et al.*, | **ORDER** |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

As no motions have been filed in this case, the motion hearing scheduled for January 13, 2022, will be converted to a remote status conference and is hereby ADJOURNED to February 22, 2022, at 11:00 a.m.  The Government is hereby ORDERED to submit a status update on or before January 13, 2022, as to remaining Defendants Barry Williams, Rodney Robinson, Anthony McDade, and Malik Hawkins.

SO ORDERED.

Dated: January 11, 2022
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge