UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>BARRY WILLIAMS,<br><br>Defendant. | 19 Cr. 846 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a change of plea conference in this matter on **February 16, 2022, at 3:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: February 3, 2022
       New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge