**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

May 16, 2022

VIA EFC

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:   *United States v. Barry Williams*
            Ind. No. 19 Cr.846-3 (KPF)
            <u>Consent Request to Adjourn Sentencing</u>

Dear Judge Failla:

      Reference is made to the Sentencing scheduled for May 19, 2022 in the above-entitled case. It is respectfully requested on consent of the parties that Your Honor adjourn the sentencing for 30 days. Counsel has sought and received the consent of the government regarding this request. The basis for this request so that counsel and his client have additional time to prepare for sentencing. It is further requested that should Your Honor adjourn the sentencing, that the sentencing not be scheduled for June 22, 2022, as counsel's daughter is graduating from Beacon High School on that day.

      Your consideration of the instant request is greatly appreciated.

                                          Respectfully submitted,

                                          /s/ *Guy Oksenhendler*

                                          Guy Oksenhendler

Application GRANTED. The sentencing scheduled for May 19, 2022, is hereby ADJOURNED to **June 16, 2022, at 3:30 p.m.** The Clerk of Court is directed to terminate the pending motion at docket number 272.

Dated:    May 17, 2022          SO ORDERED.
          New York, New York

                                *[signature: Katherine Polk Failla]*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE