

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 9, 2022

**<u>VIA ECF</u>**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: FaillaNYSDChambers@nysd.uscourts.gov

Re: *United States v. Whitmore et al. (Williams)*, 19 Cr. 846 (KPF)

Dear Judge Failla,

    The Government respectfully submits this letter regarding the sentencing submissions for Barry Williams, defendant in the above-captioned case. The Government's responsive sentencing submission is due today. However, Mr. Williams has not yet filed his initial sentencing submission, which was due last week. The Government contacted counsel for Mr. Williams, who indicated that he will file his submission today.

    The Government therefore respectfully requests that the Court briefly adjourn the date for the Government's sentencing submission, until Monday, June 13, 2022, so that the Government may consider any arguments made by the defendant in his initial submission. Counsel for the defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Juliana N. Murray / Louis A. Pellegrino
Assistant United States Attorneys
(212) 637-2314 / -2617

cc:    Guy Oksenhendler (via ECF)