From: Cynthia Munoz
April 2nd 2022

To: The Honorable Judge,

    I am writing this letter on behalf of my dear friend, Barry Williams. I want to bring to your light the kind of person that he is despite the allegations he has faced in recent times. I have known him for the past several years. He is a true gentleman and is always true to his words. His enthusiasm to do well by others has led to many good works in society as a son, father, brother, husband and friend. I am very much aware of the charges that he is facing and the consequences of those, but after analyzing the current situation, I would like to plead for leniency. He is a well-mannered gentleman, and I am sure he will learn from this experience.
    I hope you look into this matter and consider this character reference letter before passing on any verdict. Barry will strive to make amends and I am certain we will get to see his good works bring fruitful results towards our society.


Thank You,
Cynthia Munoz

To,
Whomsoever it may concern

Southern District of New York
One ST.Andrews Plaza
New York NY 10007

Date: Monday April 18th 2022

Subject: Character reference letter for court

Respected authorities

I, Brian Danesi am writing this letter to you to provide a character reference about Mr. Barry Williams, who I know as a friend and as a colleague for a period of 7 years. I provide this reference in full knowledge of Mr. White's charge of Narcotics Conspiracy/

I can say it with total confidence that few men have contributed to the society in a way that Mr. Williams has. Even though I came into his association through work but I have also known him outside it. Apart from being the brand manager at Effectus Clothing the company that I own, which we worked side by side He is a kind, polite and excellent person.

I believe that putting Mr Williams in prison for a long period of time would be a strain on our legal system for non violent offenders. I please ask you to give mercy on my employee and good friend.

Respectfully,

Brian M Danesi
23-03 31st Avenue
Unit 3B
LIC NY 11106

*Brian M Danesi*