UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

            v.

BARRY WILLIAMS,

            Defendant
----------------------------------------X

NOTICE OF APPEAL

19 cr 846 (KPF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/2022

To the Clerk of this Court and all parties of record:

    Please take Notice that Defendant BARRY WILLIAMS wishes to take an Appeal from the United States District Court, Southern District of New York, to the United States Court of Appeals for the Second Circuit, from the Judgment of Conviction entered on June 17, 2022 by the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York in the case of ***United States v. Barrry Williams***, 19 cr 846 (KPF).

    Counsel was appointed to represent the Defendant in the District Court pursuant to the Southern District of New York's Criminal Justice Act and was directed by his client to file this Notice of Appeal.

    I certify that I am admitted to practice in this court, the United States District Court for the Southern District of New York.

Dated: June 30, 2022
Forest Hills, New York

Guy Oksenhendler, Esq.
The Law Office of Guy Oksenhendler
Attorney for the Defendant
Barry Williams
194 Burns Street, Suite 1
Forest Hills, NY 11375



Y. Shenholker Esq.
194 Burns St
Forest Hills NY 11375

Appeals
EN

Clerk of Court
SDNY
500 Pearl St
NY NY 10013

NEW YORK NY 100
1 JUL 2022 PM 6 L

RECEIVED
JUL 05 2022
CLERK'S OFFICE
S.D.N.Y.

USM'S
SDNY

10007-131699